IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROY "DOC" ROSALES,<br><br>　　　　　Defendant. | CR 21-26-BLG-SPW<br><br><br>ORDER |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the hearing on the Defendant's Motion to Suppress presently set for Friday, March 4, 2022 at 1:00 p.m. is **VACATED** and **RESET** for **Friday, March 4, 2022 at <u>9:30 a.m.</u>, changing the time of the hearing only.**

The clerk is directed to notify counsel of the entry of this Order.

DATED this 3rd day of January, 2022.

　　　　　　　　　　　　　　　　　　_/s/ Susan P. Watters_
　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　United States District Judge