IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROY "DOC" ROSALES,<br><br>Defendant. | CR 21-26-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Change of Plea Hearing presently set for Friday, August 12, 2022 at 9:30 a.m., is **VACATED** and **RESET** for **Wednesday, August 17, 2022 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana, at which time the court will consider his motion to change his plea of not guilty to a plea of guilty.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 10th day of August, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE