IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ROY "DOC" ROSALES, Defendant. | CR 21-26-BLG-SPW  FINAL ORDER OF FORFEITURE |
|---|---|

This matter comes before the Court on the United States' motion for final order of forfeiture (Doc. 57). Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11);

2. A preliminary order of forfeiture was entered on August 22, 2022 (Doc 54);

3. All known interested parties were provided an opportunity to respond and that publication has occurred as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.   There appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11);

It is therefore ORDERED that:

1.   The motion for final order of forfeiture (Doc. 57) is **GRANTED**.

2.   Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11), free from the claims of any other party:

- Approximately 630 rounds of assorted ammunition of various caliber;
- Glock GMBH 17GEN4 9MM caliber pistol, SN:WGU223;
- CZ (Ceska Zbrojovka) Scorpion Evo 3 S1 9mm caliber pistol, SN:D022801; and
- Mossberg 590 Shockwave 410 caliber Shotgun, SN:V0898434.

3.   The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 25th day of October, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

2